# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-03036-01-CR-S-ODS |
| ) | |
| MICHAEL ADKINS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause appearing, it is hereby

ORDERED that the suppression hearing in this case be, and it is hereby, reset on **July 18, 2008**, at 9:30 a.m., before the undersigned, Courtroom 2601, United States Courthouse, 222 North John Q. Hammons Parkway, Springfield, Missouri.

      /s/ James C. England
    JAMES C. ENGLAND, Chief
    United States Magistrate Judge

Date: July 1, 2008